

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00257-CV

**IN THE INTEREST OF A.L.S., A.L.S., S.A.S.**, Children

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-002274-D1
Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellee's brief was originally due on August 11, 2022. On August 11, 2022, appellee filed an unopposed motion requesting a thirty-day extension of time in which to file the brief.

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." Tex. R. Jud. Adm. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on April 29, 2022. The request is GRANTED IN PART and DENIED IN PART. Appellee is ORDERED to file its brief **no later than August 31, 2022**.

Given the constraints governing disposition of this appeal, no further extensions of time will be granted absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court